UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JACKSON LEWIS LLP
One North Broadway, 15th Floor
White Plains, New York 10601
(914) 328-0404
Attorneys of Record:
Greg A. Riolo (GR 1634)

-----------------------------------------------------------x
JEANNINE WARD,

                    Plaintiff,                   CASE NO. 08 CV. 6974 (JMM)

       - against -

                                         NOTICE OF APPEARANCE

ANY-TIME HOME CARE INC., and
SCOUT ENTERPRISES, INC.
                  Defendants.
-----------------------------------------------------------x

TO CLERK OF THE COURT:

       Please enter the appearance of Greg A. Riolo, Esq. of the law firm of Jackson Lewis LLP on behalf of Defendants, Any-Time Homecare Inc., and Scout Enterprises, Inc., in this action.

Greg A. Riolo
Jackson Lewis LLP
One North Broadway
White Plains, New York 10601
Phone: (914) 328-0404
Fax: (914) 328-1882
RioloG@jacksonlewis.com

                                                JACKSON LEWIS LLP
                                                One North Broadway
                                                White Plains, New York 10601

                                By: _____
                                         Greg A. Riolo (GR 1634)

                                                ATTORNEYS FOR DEFENDANTS

Dated: August 28, 2008
       White Plains, New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
JEANNINE WARD,

                     Plaintiff,            CASE NO. 08 CV. 6974 (JMM)

       - against -

ANY-TIME HOME CARE INC., and
SCOUT ENTERPRISES, INC.
                     Defendants.
------------------------------------------------------------x

## CERTTIFICATE OF SERVICE

The undersigned hereby certifies that Defendant's Notice of Appearance has been filed electronically and that it is available for viewing and downloading from the ECF system, this 28th day of August, 2008.

By: _____
Michael L. Abitabilo